UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

PETER GRAVES,                           JUDGMENT IN A CIVIL CASE

    Movant,

vs.


UNITED STATES OF AMERICA,                CASE NO: 18-1256-STA-egb

    Respondent.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting §2255 Petition entered on February 21, 2019, the Petition is hereby GRANTED.




                    APPROVED:


s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 2/21/2019                         THOMAS M. GOULD
                             Clerk of Court


                             s/Maurice B. BRYSON

                    (By)  Deputy Clerk